AO91 (Rev. 12/03)  Criminal Complaint                                             AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**vs.** | **CRIMINAL COMPLAINT** |
| | Case Number: 7:16-po-01149 |

Imelda SANCHEZ-Hernandez
IAE A208 761 089
Mexico 1975

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about __March 29, 2013__ in _____**Hidalgo**_____ County, in the _____**Southern District Of Texas**_____ defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title ____**8**____ United States Code, Section(s) _____**1325(a)(1)**_____
I further state that I am a(n) ____Border Patrol Agent____ and that this complaint is based on the following facts:

**Imelda SANCHEZ-Hernandez was encountered by Border Patrol Agents near Mcallen, Texas on January 12, 2016.  When questioned as to her citizenship, defendant stated that she was a citizen and national of the United Mexican States, who had entered the United States illegally on March 29, 2013 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Chan, Jon  Border Patrol Agent
Signature of Complainant

Chan, Jon    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 14, 2016                                        at    McAllen, Texas
Date                                                                  City/State

Peter E Ormsby          U.S. Magistrate Judge                _____
Name of Judge            Title of Judge                              Signature of Judge